# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:05-CV-00506

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLTEL COMMUNICATIONS, INC., a Delaware corporation, QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation, SPRINT NEXTEL CORPORATION, a Kansas corporation, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a partnership organized under the laws of the State of Delaware, VIRGIN MOBILE USA, LLC, a Delaware limited liability company, and UNITED STATES CELLULAR CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** upon the Motion for Admission *Pro Hac Vice* filed by William C. Mayberry and Helms Mulliss & Wicker, PLLC, requesting that Daniel A. DeVito and Marti Alan Johnson, attorneys with Skadden, Arps, Slate, Meagher & Flom LLP of the New York Bar be admitted to appear as counsel for defendant Virgin Mobile USA, LLC, in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that Daniel A. DeVito and Marti Alan Johnson be granted special admission to the Bar of this Court and that they be allowed to appear in this civil

action as attorneys of record for the plaintiff along with co-counsel, William C. Mayberry, who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker PLLC.

Signed: January 25, 2006

David C. Keesler
United States Magistrate Judge