**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **BARRY W. THOMAS** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:05CV506** |
| **ALLTEL COMMUNICATIONS, INC., et al.,** | |
| **Defendants.** | |

**ORDER FOR ADMISSION _PRO HAC VICE_**
**OF OUT OF STATE COUNSEL**

Upon motion of defendant United States Cellular Corporation to admit _pro hac vice_ Thomas D. Rein and Steven Yovits for the purposes of this lawsuit, and upon good cause shown, it is hereby

ORDERED that Thomas D. Rein and Steven Yovits are admitted _pro hac vice_ as counsel for defendant United States Cellular Corporation.  If they have not already done so, Mr. Rein and Mr. Yovits should pay to the Clerk of Court the appropriate fee.

Signed: February 2, 2006

_____
David C. Keesler
United States Magistrate Judge