IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05CV506

| | |
|---|---|
| BARRY W. THOMAS,        )<br>    Plaintiff,        )<br>        )<br>v.        )<br>        )<br>ALLTEL COMMUNICATIONS,        )<br>    INC., et al.,        )<br>    Defendants.        )<br>        ) | **NOTICE OF VOLUNTARY<br>DISMISSAL BY PLAINTIFF** |

Plaintiff Barry W. Thomas ("Thomas"), pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby gives notice that the action against QWEST COMMUNICATIONS INTERNATIONAL INC. ("Qwest") is dismissed without prejudice.

Neither an answer to the Complaint nor a motion for summary judgment has been served by Defendant Qwest.

This, the 23rd day of February, 2006.

                                      Respectfully submitted,

                                      **s/ James M. Harrington**
                                      James M. Harrington
                                      N.C. State Bar No. 30005
                                      The Harrington Practice PLLC
                                      1905 J.N. Pease Place, Suite 202
                                      Charlotte, NC 28262
                                      Telephone: (704) 717-8767
                                      Facsimile: (704) 717-8768
                                      E-mail: jharrington@hprac.com
                                      *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **Notice of Voluntary Dismissal by Plaintiff** is being served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

- **A. Todd Capitano**
  tcapitano@bcandm.com
- **Daniel A. DeVito**
  ddevito@skadden.com
- **Marti Alan Johnson**
  marjohns@skadden.com mowalton@skadden.com
- **William Carter Mayberry**
  bill.mayberry@hmw.com deborah.schneider@hmw.com
- **Amy M. Watson**
  awatson@troywatson.com

Counsel not yet having made an appearance on behalf of Defendant QWEST COMMUNICATIONS INTERNATIONAL INC., service of same is being made upon Defendant QWEST COMMUNICATIONS INTERNATIONAL INC. by U.S. mail addressed to:

**Mr. Richard Notebaert**
**Qwest Communications International Inc.**
**1801 California Street**
**Denver, CO  80202**

This, the 23rd day of February, 2006.

    **s/ James M. Harrington**
    James M. Harrington
    N.C. State Bar No. 30005
    The Harrington Practice PLLC
    1905 J.N. Pease Place, Suite 202
    Charlotte, NC 28262
    Telephone: (704) 717-8767
    Facsimile: (704) 717-8768
    E-mail: jharrington@hprac.com
    *Attorney for Plaintiff*