IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BARRY W. THOMAS, )
)
)
)
Plaintiff, )
)
)
v. ) Case No.: 3:05CV506
)
)
)
ALLTEL COMMUNICATIONS, INC.; QWEST )
COMMUNICATIONS INTERNATIONAL INC.; )
SPRINT NEXTEL CORPORATION; CELLCO )
PARTNERSHIP d/b/a VERIZON WIRELESS; VIRGIN )
MOBILE USA, LLC; and UNITED STATES )
CELLULAR CORPORATION, )
)
Defendants. )

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon motion of defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") to admit *pro hac vice* Robert L. Florence for the purposes of this lawsuit and upon good cause shown, it is hereby

ORDERED that Robert L. Florence be admitted *pro hac vice* as counsel for defendant Cellco Partnership d/b/a Verizon Wireless. If he has not already done so, Mr. Florence is directed to pay to the Clerk of Court the appropriate fee.

Signed: March 8, 2006

David C. Keesler
United States Magistrate Judge