IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05CV506

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLTEL COMMUNICATIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER FOR ADMISSION
*PRO HAC VICE* OF OUT OF STATE COUNSEL

Upon motion of defendant Alltel Communications, Inc. to admit *pro hac vice* John G. Flaim, Kimberly F. Rich and William D. McSpadden for the purposes of this lawsuit and upon good cause shown, it is hereby ORDERED that John G. Flaim, Kimberly F. Rich and William D. McSpadden are admitted *pro hac vice* as counsel for defendant Alltel Communications, Inc.

Signed: March 16, 2006

David C. Keesler
United States Magistrate Judge