# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:05CV506

| | |
|---|---|
| BARRY W. THOMAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALLTEL COMMUNICATIONS, INC., et al., )<br>    Defendants. )<br>_____) | **NOTICE OF VOLUNTARY<br>DISMISSALS BY PLAINTIFF** |

Plaintiff Barry W. Thomas ("Thomas"), pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby gives notice that the action against SPRINT NEXTEL CORPORATION ("Sprint") is dismissed without prejudice. Neither an answer to the Complaint nor a motion for summary judgment has been served by Defendant Sprint.

Thomas further gives notice that any action against VERIZON COMMUNICATIONS INC. ("VCI"), a party not named as a defendant but inadvertently served with a copy of the Complaint and Summons, is hereby dismissed without prejudice. Neither an answer to the Complaint nor a motion for summary judgment has been served by VCI. This dismissal is <u>not</u> operative as to CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS.

This, the 3rd day of April, 2006.

                                                              Respectfully submitted,

                                                              **s/ James M. Harrington**
                                                              James M. Harrington
                                                              N.C. State Bar No. 30005
                                                              The Harrington Practice PLLC
                                                              1905 J.N. Pease Place, Suite 202
                                                              Charlotte, NC 28262
                                                              Telephone: (704) 717-8767
                                                              Facsimile: (704) 717-8768
                                                              E-mail: jharrington@hprac.com
                                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **Notice of Voluntary Dismissals by Plaintiff** is being served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

- **David Neal Allen**
  davidallen@parkerpoe.com
- **Luke Anderson**
  landerson@mcguirewoods.com
- **A. Todd Capitano**
  tcapitano@bcandm.com
- **Daniel A. DeVito**
  ddevito@skadden.com
- **Marti Alan Johnson**
  marjohns@skadden.com
- **William Carter Mayberry**
  bill.mayberry@hmw.com
- **Amy M. Watson**
  awatson@troywatson.com

This, the 3rd day of April, 2006.

s/ James M. Harrington
James M. Harrington
N.C. State Bar No. 30005
The Harrington Practice PLLC
1905 J.N. Pease Place, Suite 202
Charlotte, NC 28262
Telephone: (704) 717-8767
Facsimile: (704) 717-8768
E-mail: jharrington@hprac.com
*Attorney for Plaintiff*