| | | |
|---|---|---|
| BARRY W. THOMAS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civil No. 3:05-CV-493 |
| MOTOROLA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| BARRY W. THOMAS, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 3:05-CV-495 |
| CINGULAR WIRELESS LLC, et al., | ) ) | |
| Defendants. | ) ) ) | |
| BARRY W. THOMAS, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 3:05-CV-494 |
| ECHOSTAR SATELLITE L.L.C., et al., | ) ) ) ) | |
| Defendants. | ) | |
| BARRY W. THOMAS, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 3:05-CV-496 |
| DIRECTTV, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

US2000 10741860.1

**Joint Stipulation of Dismissal with Prejudice**

| | | |
|---|---|---|
| BARRY W. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 3:05-CV-498 |
| | ) | |
| NOKIA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BARRY W. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 3:05-CV-506 |
| | ) | |
| ALLTEL COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| BARRY W. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 3:05-CV-509 |
| | ) | |
| ITRON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BARRY W. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 3:05-CV-510 |
| | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Barry W. Thomas ("Thomas") and Defendants Motorola, Inc., AT&T Mobility LLC f/k/a Cingular Wireless LLC, SunCom Wireless Operating Company, L.L.C., T-Mobile USA, Inc., Centennial Communications Corp., Echostar Satellite L.L.C. k/n/a Dish Network LLC, Echostar Technologies Corporation k/n/a EchoStar Technologies LLC, DIRECTV, Inc., Nokia, Inc., UTStarcom, Inc., LG Electronics Mobilecomm USA Inc., Alltel Communications, LLC (f/k/a Alltel Communications, Inc.), Virgin Mobile USA, L.P. f/k/a Virgin Mobile USA, LLC, United States Cellular Corporation, Samsung Electronics America, Inc., Samsung Telecommunications America, L.L.C., and Samsung Electronics Company, Ltd., (collectively the "Defendants") through their undersigned counsel, hereby stipulate and agree that all claims Thomas asserted in this action against Defendants are dismissed with prejudice, and all counterclaims Defendants have asserted in this action against Thomas are dismissed with prejudice. The other parties to this litigation consent to the dismissal, as indicated below. Each party shall bear its own costs relating to the claims and counterclaims.

DATED: June 26, 2008.

Consented to by:

*s/ Steven D. Moore*
Steven D. Moore, NC Bar No. 23367
Frank W. Leak, Jr., NC Bar No. 27937
**KILPATRICK STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Fax: (336) 607-7500
Email: SMoore@KilpatrickStockton.com
Email: FLeak@KilpatrickStockton.com

Susan A. Cahoon (Ga. Bar No. 102000)
Leroy M. Toliver (Ga. Bar No. 714227)
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: SCahoon@KilpatrickStockton.com
Email: BToliver@KilpatrickStockton.com

Michael E. Jones
Texas Bar No. 10929400
Allen F. Gardner
Texas Bar No. 24043679
POTTER MINTON
110 N. College
Tyler, Texas 75702
(903) 597-8311 (telephone)
(903) 593-0846 (facsimile)

*Attorneys for Defendants Motorola, Inc. and AT&T Mobility LLC f/k/a Cingular Wireless LLC*

*s/ James M. Harrington* (with express permission by Steven D. Moore)
James M. Harrington
N.C. Bar No. 30005
THE HARRINGTON PRACTICE PLLC
1905 J.N. Pease Place, Suite 202
Charlotte, North Carolina 28262-4539
Telephone: (704) 315-5800
Facsimile: (704) 625-9259
E-mail: jharrington@hprac.com

*Attorney for the Plaintiff*


*s/ Ahmed J. Davis* (with express permission by Steven D. Moore)
W. Thad Adams, III
N.C. Bar No. 000020
ADAMS EVANS P.A.
2180 Two Wachovia Center
301 South Tryon Street
Charlotte, NC 28282

*s/ Matthew R. Reed* (with express permission by Steven D. Moore)
Matthew R. Reed, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (telephone)

| | |
|---|---|
| Tel: (704) 375-9249<br>Fax: (704) 375-0729 | (650) 493-6811 (facsimile)<br>mreed@wsgr.com |
| Of counsel:<br>Michael J. McKeon<br>Ahmed J. Davis<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC 20005<br>Tel: (202) 783-5070<br>Fax: (202) 783-2331<br><br>*Attorneys for Defendant LG Electronics Mobilecomm USA Inc.* | James L. Gale<br>State Bar No. 6160<br>SMITH MOORE, LLP<br>2800 Two Hannover Square<br>Raleigh, NC 27601<br>919.755.8700 (telephone)<br>919.755.8800 (facsimile)<br><br>*Counsel for Defendant UTStarcom, Inc.* |
| *s/ James M. Heintz* (with express permission by Steven D. Moore)<br>Philip L. Cohan<br>James M. Heintz (Fed. Bar. No. 15485)<br>**DLA PIPER US LLP**<br>500 8th Street, N.W.<br>Washington D.C. 20004<br>(202) 799-4000<br>jim.heintz@dlapiper.com<br><br>Larry S. McDevitt<br>NC Bar No. 5032<br>**VAN WINKLE, BUCK, WALL, STARNES and DAVIS, P.A.**<br>11 North Market Street<br>Asheville, NC 28801<br>828-258-2991<br>lmcdevitt@vwlawfirm.com<br><br>*Attorneys for Defendants EchoStar Satellite L.L.C. and EchoStar Technologies Corporation* | *s/ Bruce Wieder* (with express permission by Steven D. Moore)<br>Bruce Wieder, *pro hac vice*<br>Dow Lohnes PLLC<br>1200 New Hampshire Ave., NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: 202-776-2000<br>Fax: 202-776-2222<br>Email: bwieder@dowlohnes.com<br><br>Pressly M. Millen<br>NC Bar No. 16178<br>Womble Carlyle Sandridge & Rice PLLC<br>Post Office Drawer 831<br>Raleigh, NC 27602<br>Telephone: 919-755-2135<br>Fax: 919-755-6067<br>Email: pmillen@wcsr.com<br><br>*Attorneys for Defendants SunCom Wireless Operating Company, L.L.C. and Centennial Communications Corp.* |

*s/ Jonathn A. Vogel* (with permission by Steven D. Moore)
Jonathan A. Vogel
NC Bar No. 34266
SONNENSCHEIN NATH & ROSENTHAL LLP
2100 Rexford Road
Suite 100
Charlotte, NC 28211-3484
704-972-9050
Fax: 704-972-9010
Email: jvogel@sonnenschein.com

Kirk R. Ruthenberg, *pro hac vice*
SONNENSCHEIN NATH & ROSENTHAL LLP 1301 K St., NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kruthenberg@sonnenschein.com

*Attorneys for Defendant T-Mobile USA, Inc.*


*s/ Steven D. Moore*
Steven D. Moore, NC Bar No. 23367
Frank W. Leak, Jr., NC Bar No. 27937
**KILPATRICK STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Fax: (336) 607-7500
Email: Smoore@KilpatrickStockton.com
Email: Fleak@KilpatrickStockton.com


Daniel A. DeVito
Marti A. Johnson
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Direct: 212.735.3000
Fax: 212.735.2000
Daniel.Devito@skadden.com
Marti.Johnson@skadden.com

*s/ A. Todd Capitano* (with express permission by Steven D. Moore)
A. Todd Capitano
NC Bar No. 20804
Bishop, Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, North Carolina 28211
Direct Dial: 704-716-1203
Fax: 704-716-1201

Thomas D. Rein
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

*Attorneys for United States Cellular Corporation*


*s/ William D. McSpadden* (with express permission by Steven D. Moore)
Amy M. Watson
NC State Bar # 15,839
Troy & Watson, P.A.
301 S. McDowell St., Suite 1014
Charlotte, North Carolina 28204
Telephone: (704) 334-8889
Fax: (704) 334-8845
Email: awatson@troywatson.com

John G. Flaim, Attorney-in-Charge
Texas State Bar No. 00785864
E-mail: john.g.flaim@bakernet.com
William D. McSpadden
Texas State Bar No. 24002587
E-mail: william.d.mcspadden@bakernet.com
Kimberly F. Rich
Texas Bar No. 24010344
E-mail: kimberly.f.rich@bakernet.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center

*Attorneys for Virgin Mobile USA, L.P.*

2001 Ross Avenue
Dallas, Texas 75201
Phone: (214) 978-3000
Fax: (214) 978-3099

*Attorneys for Alltel Communications, LLC*

<u>*s/ Elizabeth S. Pehrson* (with express permission by Steven D. Moore)</u>
Robert T. Haslam (*pro hac vice*)
Elizabeth S. Pehrson (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
email: robert.haslam@hellerehrman.com
email: elizabeth.pehrson@hellerehrman.com

Michael Plimack (*pro hac vice*)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
email: michael.plimack@hellerehrman.com

Jon Berkelhammer
N.C. State Bar No. 10246
Richard A Coughlin
N.C. State Bar No. 19894
SMITH MOORE LLP
300 North Greene Street
Suite 1400
P.O. Box 21927
Greensboro, North Carolina 27420
Telephone (336) 378-5200
Facsimile (336) 378-5400
email:
jon.berkelhammer@smithmoorelaw.com
rick.coughlin@smithmoorelaw.com

*Attorneys for Samsung Electronics America, Inc., Samsung Telecommunications America, L.L.C., and Samsung Electronics Company, Ltd.*

<u>*Irving M/ Brenner* (with express permission by Steven D. Moore)</u>
Steven J. Rizzi (*pro hac vice*)
Irving M. Brenner
N.C. State Bar No. 15483
McGUIREWOODS LLP
201 North Tryon Street (28202)
Post Office Box 31247
Charlotte, NC 28231
Telephone: (704) 343-2075
Facsimile: (704) 343-2300
ibrenner@mcguirewoods.com

Steven J. Rizzi
THELEN REID BROWN RAYSMAN &
STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001
srizzi@thelen.com

*Attorneys for DIRECTV, Inc.*

US2000 10741860.1

**Joint Stipulation of Dismissal with Prejudice**

Case 3:05-cv-00506-RJC -DCK   Document 47   Filed 06/26/08   Page 7 of 9

*s/ Richard M. McDermott* (with express permission by Steven D. Moore)
Blas P. Arroyo
NC Bar No. 9680
blas.arroyo@alston.com
Richard M. McDermott
NC Bar No. 21201
rick.mcdermott@alston.com
Lance A. Lawson
NC Bar No. 23835
lance.lawson@alston.com
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1000 – Telephone
(704) 444-1111 – Facsimile

*Attorneys for Nokia, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 26, 2008, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**James M. Harrington**
jharrington@hprac.com

and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

**none.**

           Respectfully submitted,

           s/ Steven D. Moore
           Steven D. Moore, NC Bar No. 23367
           **KILPATRICK STOCKTON LLP**
           1001 West Fourth Street
           Winston-Salem, NC 27101
           Telephone: (336) 607-7300
           Fax: (336) 607-7500
           Email: SMoore@KilpatrickStockton.com

           *Counsel for Defendants Motorola, Inc. and*
           *AT&T Mobility LLC f/k/a Cingular Wireless LLC*

US2000 10741860.1

**Joint Stipulation of Dismissal with Prejudice**

Case 3:05-cv-00506-RJC -DCK   Document 47   Filed 06/26/08   Page 9 of 9